IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN MANNON**  **PLAINTIFF**
**ADC #151797**

V.   NO. 4:21-cv-00955-LPR-ERE

**JUSTIN J. WHIPPS,** *et al*.   **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin, along with objections filed by Mr. Mannon. After a careful and *de novo* review of the Recommendation, the objection, and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Mannon's claims against Defendants Keith Waddle, Thompson, and Payne are DISMISSED, without prejudice, based on his failure to state a constitutional claim for relief.

The Clerk of Court is instructed to terminate Keith Waddle, A. Culclager, D. Thompson, and Dexter Payne as party Defendants.

IT IS SO ORDERED this 7th day of December 2021.

LEE P. RUDOFKSY
UNITED STATES DISTRICT JUDGE