IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN MANNON**                                                   **PLAINTIFF**
**ADC #151797**

v.                      Case No.: 4:21-cv-00955-LPR-ERE

**JUSTIN J. WHIPPS,** *et al.*                             **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time for doing so has passed. After carefully considering the Recommendation and making *a de novo* review of the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendants' motion for summary judgment (Doc. 14) is GRANTED. Mr. Mannon's claims against Whipps, Jackson, and Shilling are DISMISSED, with prejudice, based on his failure to exhaust administrative remedies.[1] The Court recommends that that this dismissal constitute a "strike" for purposes of 28 U.S.C. § 1915(g) and certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 27th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] While the Court agrees with the substance of Judge Ervin's Recommendation, the Court believes that, at the summary judgment stage, a dismissal for failure to exhaust administrative remedies should be a dismissal *with prejudice*.