# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KEVIN MANNON**  **PLAINTIFF**
ADC #151797

V.                NO. 4:21-cv-00955-LPR-ERE

**JUSTIN J. WHIPPS,** *et al*.                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date and previous orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that Mr. Mannon's claims against Whipps, Jackson, and Shilling are DISMISSED, with prejudice. All other claims are dismissed without prejudice. This case is now closed. The Court recommends that this dismissal constitute a "strike" for purposes of 28 U.S.C. § 1915(g) and certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 27th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE